UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| New Grange, Inc., a Minnesota corporation; David Ahern, an individual, Brian Jaedike, an individual; and Cuchulainn, Inc., a Minnesota corporation,<br><br>         Plaintiffs,<br><br>    v.<br><br>The Melting Pot Restaurants, Inc., a Florida corporation,<br><br>         Defendant. | Case No.: 08cv916 JMR/FLN<br><br>**NOTICE OF DISMISSAL** |

Defendants in this matter have not served an Answer or a Motion for Summary Judgment. Therefore, **PLEASE TAKE NOTICE** that Plaintiffs hereby dismiss this matter without prejudice pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure.

                                  **JEFFERY S. HAFF & ASSOCIATES, P.A.**

Dated: May 13, 2008         s/Jeffery S. Haff_____
                                        Jeffery S. Haff (202265)
                                          Jeffery S. Haff & Associates, P.A.
                                          310 Fourth Avenue South, Suite 950
                                          Minneapolis, MN 55415
                                          (612) 259-0390

                                          and
                                          **SKJOLD ▪ BARTHEL, P.A**.
                                          Christopher P. Parrington (#034090X)
                                          Benjamin R. Skjold (#292217)
                                          222 South 9th Street, Suite 3220
                                          Minneapolis, MN  55402
                                          [P]:  612-746-2560
                                          [F]:  612-746-2561

                                          Attorneys for Plaintiffs